UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLRK OF COURT

2016 FEB 25 PM 12: 45

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| v. | 2:16 cr 041 |
| PAUL A. GROVES, ERIC L. GRIMES, | UNDER SEAL   Judge Smith |
| Defendant. | |

## SEALED MOTION TO SEAL INDICTMENT

Now comes the United States of America, by and through undersigned counsel, and respectfully requests that the Indictment in this case be sealed, as evidence in this case may be destroyed and the defendants and those involved in other districts in related cases may flee if they become aware of the investigation.

WHEREFORE, the Government respectfully requests that the Indictment be SEALED.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Jessica H. Kim            for J. Kim
JESSICA H. KIM (0087831)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Jessica.Kim@usdoj.gov