FILED
RICHARD W. NAGEL
CLERK OF COURT

2016 FEB 25 PM 12: 44

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** |
| **Plaintiff,** | **JUDGE** |
| v. | **2 : 16 cr 041** |
| | Judge Smith |
| **PAUL A. GROVES,** | **I N D I C T M E N T** |
| **ERIC L. GRIMES,** | |
| | **18 U.S.C. § 922(a)(1)(A)** |
| | **26 U.S.C. § 5861(d)** |
| **Defendants.** | **FORFEITURE** |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (26 U.S.C. § 5861(d): Receipt or Possession of Unregistered Firearm)

On or about April 10, 2015, in the Southern District of Ohio, the defendant, **PAUL A. GROVES**, knowingly received and possessed a firearm; specifically, a MK19 MOD-1, 40mm caliber machinegun with a barrel length of approximately 14-7/8 inches, serial number MK19001, not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### COUNTS 2–4
### (18 U.S.C. § 922(a)(1)(A): Engaging in Firearms Business Without a License)

On or about each of the dates listed below for each count, in the Southern District of Ohio, the defendant, **ERIC L. GRIMES**, not being a licensed manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of manufacturing firearms:

| COUNT | DATE |
|-------|------|
| 2 | July 14, 2014 |
| 3 | March 5, 2015 |
| 4 | March 11, 2015 |

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNTS 5–7
### (26 U.S.C. § 5861(d): Receipt or Possession of Unregistered Firearm)

On or about each of the dates listed below for each count, in the Southern District of Ohio, the defendant, **ERIC L. GRIMES**, knowingly received and possessed a firearm, not registered to him in the National Firearms Registration and Transfer Record, as described for each count as follows:

| COUNT | DATE | DESCRIPTION OF FIREARM |
|-------|------|------------------------|
| 5 | April 10, 2015 | Izhmash model Saiga-12, 12-gauge converted machinegun (originally manufactured as semiautomatic shotgun); serial number 14603888. |
| 6 | April 10, 2015 | Romarm/Cugir model Mini-Draco, 7.62x39mm caliber converted machinegun (originally manufactured as semiautomatic pistol); serial number PD-4649-2014RO. |
| 7 | April 10, 2015 | PTR91 Inc. model PTR91, .308 caliber converted machinegun (originally manufactured as semiautomatic pistol), with a barrel length of approximately 8-9/16 inches; serial number DK0300. |

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## FORFEITURE ALLEGATION

The allegations contained in Counts 1–7 of this Indictment are hereby re-alleged and

2

incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c).

Upon conviction of any of the offenses set forth in Counts 1–7 of this Indictment, defendants **PAUL A. GROVES** and **ERIC L. GRIMES** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), any and all firearms/property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses, including but not limited to the firearms seized on April 10, 2015.

If any of the property described above, as a result of any act or omission of the defendants:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2461(c).

All pursuant to 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c).

A TRUE BILL.

S/Foreperson

_____
FOREPERSON

CARTER M. STEWART
UNITED STATES ATTORNEY

GARY L. SPARTIS
Columbus Branch Chief
Assistant United States Attorney

3